**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ELISE D. KLEIN, SB# 111712
  E-Mail: klein@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant HEALTHNET OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SCOTT P. and A.P.,<br><br>    Plaintiff,<br><br>vs.<br><br>HEALTHNET OF CALIFORNIA, INC.,<br><br>    Defendant. | CASE NO. CV 12 1666<br>Hon. Lucy H. Koh, Courtroom 8<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>CMC: September 26, 2012<br>Time: 2:00 p.m.<br>Courtroom: 8<br><br>Trial Date:    None Set |

    Defendant, HEALTHNET OF CALIFORNIA, INC. ("HealthNet"), through its counsel, Elise D. Klein, of Lewis Brisbois Bisgaard and Smith, LLP, moved ex parte to continue the Case Management Conference, scheduled for September 26, 2012, in Dept. 8, in the above named Court, as that day is Yom Kippur, and neither David Lilienstein, counsel for Plaintiff SCOTT P. and A.P., nor Elise D. Klein, counsel for HealthNet, will be available to appear at the Case Management Conference.

    After reviewing HealthNet's ex parte application and good cause showing, the Court hereby grants HealthNet's ex parte application as follows:

    1.    The Case Management Conference, scheduled for September 26, 2012 at 2:00 p.m. is hereby off calendar.

2. The Case Management Conference is now scheduled for <u>October 3</u>, 2012 at <u>2</u>, ~~a.m.~~/p.m., in Department 8, at the above named Court, located at 280 1st Street, San Jose, California 95113.

IT IS SO ORDERED.

Dated: July 19, 2012

*Lucy H. Koh*
HONORABLE LUCY H. KOH

---

4819-4141-4160.1

2

CV 12 1666

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO CONTINUE
CASE MANAGEMENT CONFERENCE