**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT P. and A.P., ) | Case No.: 12-CV-01666 |
| ) | |
| Plaintiffs, ) | |
| v. ) | ORDER REGARDING FILING OF |
| ) | CASE MANAGEMENT STATEMENT |
| HEALTHNET OF CALIFORNIA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Local Rule 16-10(d), the parties were required to file a case management conference statement by January 16, 2013, seven days in advance of the parties' January 23, 2013 case management conference. The parties have not yet filed a case management conference statement. The parties are hereby ORDERED to file a case management conference statement by noon on January 22, 2013.

**IT IS SO ORDERED.**

Dated: January 18, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge