UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT P. and A.P., ) | Case No.: 12-CV-01666 |
| ) | |
| Plaintiffs, ) | |
| v. ) | ORDER REGARDING FILING OF |
| ) | STIPULATION OF DISMISSAL |
| HEALTHNET OF CALIFORNIA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

On March 22, 2013, Plaintiffs filed a notice stating that the parties have reached a settlement in this matter.  The parties are hereby ORDERED to file their stipulation of dismissal by April 3, 2013, in lieu of a Joint Case Management Conference Statement.  The April 10, 2013 Case Management Conference remains as set.  If the parties file their stipulation of dismissal by April 3, 2013, the Court will vacate the April 10, 2013 Case Management Conference.

**IT IS SO ORDERED.**

Dated: March 25, 2013

_____
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-01666
ORDER REGARDING FILING OF STIPULATION OF DISMISSAL