David M. Lilienstein (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile: (415) 358-8484
E-mail: david@dllawgroup.com,

Brian S. King, #4610
**Brian S. King, Attorney at Law**
336 South 300 East, Suite 200
Salt Lake City, Utah 84111

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT P. and A.P.,<br><br>Plaintiffs,<br><br>vs<br><br>HEALTH NET OF CALIFORNIA, INC.<br><br>Defendant. | Case No. 5:12-cv-01666<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based on the stipulated motion of the parties and good cause appearing, it is hereby Ordered that the above captioned matter is dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED this 1st day of April, 2013.

Lucy H. Koh
United States District Court